January 4, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

ROSEMARY TOOKER, Appellant

NO. 14-15-00124-CV            V.

ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee

_____

This cause, an appeal from the judgment signed on January 7, 2015, was heard on the transcript of the record. We have inspected the record and find the trial court erred in dismissing appellant Rosemary Tooker's retaliation claim under the Fair Labor Standards Act based on the memorandum dated February 22, 2013 (hereinafter the "Retaliation Claim"). We therefore order that the portions of the judgment that address the Retaliation Claim are **REVERSED,** ordered **SEVERED,** and **REMANDED** for proceedings in accordance with this court's opinion. Further, we find no error in the remainder of the judgment and order it **AFFIRMED**. For good cause, we order appellant Rosemary Tooker to pay ninety percent of all costs incurred in this appeal, and we order appellee Alief Independent School District to pay ten percent of all costs incurred in this appeal. We further order this decision certified below for observance.